AUSA:   Ryan Partcka    Telephone:  (313) 348-8178

AO 91 (Rev. 11/11)  Criminal Complaint      Special Agent:   Shanika Sanders    Telephone:  (313) 226-2573

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America

v.

**DAESHAWN TAMAR POSEY (D-1),
CHAZ DUANE SHIELDS (D-2),
CORTNEY SHAQUAN SHIELDS (D-3), and
BRITTANY LEVETT WITHERSPOON (D-4),**

Case: 2:21−mj−30407
Assigned To : Unassigned
Assign. Date : 8/26/2021
Description: U.S. V. POSEY, ET. AL.
(CMP)(MEV)

Case No.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 2020 - present _____ in the county of _Oakland and elsewhere_ in the
_____ Eastern _____ District of _____ Michigan _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1341 | Mail Fraud |
| 18 U.S.C. § 1343 | Wire Fraud |
| 18 U.S.C. § 1028A | Aggravated Identity Theft |
| 18 U.S.C. § 1349 | Conspiracy to commit fraud |

This criminal complaint is based on these facts:

See attached.

☑ Continued on the attached sheet.

_Complainant's signature_

Shanika Sanders, Special Agent
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date:  8/26/2021

City and state:  Detroit, MI

_Judge's signature_

Kimberly G. Altman, U.S. Magistrate Judge
_Printed name and title_

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DAESHAWN TAMAR POSEY (D-1), CHAZ DUANE SHIELDS (D-2), CORTNEY SHAQUAN SHIELDS (D-3), and BRITTANY LEVETT WITHERSPOON (D-4), | Case No. |
| Defendants. | **Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF
A CRIMINAL COMPLAINT**

I, Shanika Sanders, being first duly sworn, hereby depose and state as
follows:

## I.   INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application for a criminal
complaint charging the above individuals with mail fraud (18 U.S.C. § 1341),
wire fraud (18 U.S.C. § 1343), aggravated identity theft (18 U.S.C. § 1028A) and
conspiracy to commit those crimes (18 U.S.C. § 1349).

2.      I am a Special Agent (SA) of the U.S. Department of Labor, Office
of Inspector General (DOL/OIG), and have been so employed since January
2016.  Prior to this assignment, I was employed as an investigator in Industry
Operations for the Bureau of Alcohol, Tobacco, Firearms and Explosives for
three years.  I am currently assigned to the Detroit Field Office of DOL/OIG.

3.      During my years at the Department of Labor, I have conducted numerous investigations into criminal violations of both Title 29 and Title 18 of the United States Code. During this time, I have been either the lead agent or supporting agent on several investigations involving criminal schemes targeting the State of Michigan's (SOM) Unemployment Insurance Agency (UIA) through the filing of false or fictitious unemployment insurance (UI) claims. Based on my direct personal experience with these cases, I have become familiar with the methods that criminals use to attack and exploit the UI systems, as well as tools and methods criminals often utilize to facilitate that fraud.

4.      This affidavit is being submitted for the limited purpose of showing that there is sufficient probable cause for the requested criminal complaint and arrest warrants and does not set forth all my knowledge about this matter.  The information stated below is based upon my personal observations as well as information received from State of Michigan Fraud Investigators, special agents of the FBI and the United States Postal Service (USPS) – OIG, Federal Bureau of Prison (BOP) investigators, and other reliable sources.

5.      This investigation concerns false and fraudulent unemployment insurance (UI) claims filed in relation to the COVID-19 pandemic.  As described below, DAESHAWN TAMAR POSEY, CHAZ DUANE SHIELDS, CORTNEY SHAQUAN SHIELDS, and BRITTANY LEVETT WITHERSPOON have

2

conspired to obtain money or property by means of false and fraudulent pretenses and representations, facilitated using interstate wire communications.

## II.    BACKGROUND ON PANDEMIC UNEMPLOYMENT ASSISTANCE

6.      State unemployment systems and benefits are joint state and federal enterprises largely financed by taxes on private employers located in that state. When state unemployment benefits are exhausted, they may be supplemented by federal funds appropriated by the U.S. DOL. At the time of this application, the federal government is providing significant supplemental benefits to the states because of the COVID-19 pandemic.

7.      The Families First Coronavirus Response Act (FFCRA) became law on March 18, 2020 and provided additional flexibility for state unemployment insurance agencies and additional administrative funding to respond to the COVID-19 pandemic. The Coronavirus Aid, Relief, and Economic Security (CARES) Act was later signed into law on March 27, 2020, and the American Rescue Plan Act of 2021 (ARPA) was later signed and further expanded states' ability to provide unemployment insurance for many workers impacted by the COVID-19 pandemic, including for workers who are not ordinarily eligible for unemployment benefits.  One such program established to accomplish that end was the Federal Pandemic Unemployment Compensation (FPUC) program.

3

8.     The FPUC allowed eligible individuals who were collecting certain UI benefits, including regular unemployment compensation, to receive an additional $600.00 in federal benefits per week for weeks of unemployment ending on or before July 31, 2020.  Another such program, the Pandemic Emergency Unemployment Compensation (PEUC) program, allowed those who exhausted benefits under regular unemployment compensation or other programs to receive up to 13 weeks of additional federally funded benefits up to December 26, 2020.

9.     On December 27, 2020, the President signed legislation that extended these programs for an additional 12 weeks.  Those receiving unemployment benefits were entitled to an additional $300.00 for each week of unemployment until April 4, 2021.  At the time of this application, the legislation and programs detailed above have extended many of these federally backed benefits until early September 2021.  That is all to say, the recent federal legislation and programs detailed above allowed for a significant outlay of federal funds to flow to and through the states to offset the recent and historic need of the American workforce for unemployment benefits because of the COVID-19 pandemic, including the American workforce in the SOM and in the Eastern District of Michigan (EDMI). Collectively and colloquially, the funds flowing from these

programs have come to be known as Pandemic Unemployment Assistance (PUA).

10.     In order to receive UI benefits, individuals are required to file claims with the UI program in the state in which the individual worked.  Depending upon the state, claims may be filed in person, by telephone, or online.

11.     In the State of Michigan, the UI system is administered by the UIA, which is part of the SOM's Department of Labor and Economic Opportunity (DLEO).  Normally (in the absence of fraud), an unemployed worker initiates a UI claim.  This can be accomplished by submitting a claim in person, over the telephone, or via the Internet.  Currently, most UI claims are filed online through the UIA's website.  To be eligible for UI benefits, the worker must demonstrate a certain level of earnings in several quarters immediately preceding the application.  The amount of unemployment benefits that a UI claimant might be eligible for depends on a variety of factors, including but not limited to the length of his or her previous employment and the amount of wages he or she earned.

12.     After the UIA accepts an unemployment claim, it transfers the initial unemployment benefits into an account associated with a bank, a prepaid debit card, or a UI debit card.  Multiple states, including California and Michigan, provide UI benefits to a claimant using a debit card, issued by Bank of America (BOA), which is mailed to the claimant through the USPS. The unemployment

5

benefits are loaded onto the debit card electronically, and additional benefits are loaded onto the card electronically every two weeks.

13.     UI funds are sent via wire from Michigan and processed through the Bank of America (which handles all Michigan UI processing), specifically through Bank of America data center locations in the states of Virginia and Texas.  The investigation has revealed that after UI funds were processed, subjects known and unknown used Bank of America and J.P. Morgan Chase debit cards to make cash withdrawals from automated teller machines (ATMs) throughout metro Detroit and the state of California.

### III.    DEFENDANTS

- DAESHAWN TAMAR POSEY is a 25-year-old male, believed to reside in Detroit, Michigan.

- CHAZ DUANE SHIELDS is a 33-year-old male, believed to reside in Detroit, Michigan.

- CORTNEY SHAQUAN SHIELDS is a 30-year-old male and the brother of CHAZ DUANE SHIELDS.  He is currently a United States Bureau of Prisons' inmate at FCI Allenwood in Pennsylvania.

- BRITTANY LEVETT WITHERSPOON is a 25-year-old female, believed to reside in Warren, Michigan.

14.     There is probable cause to believe that the above defendants willfully combined, conspired, and agreed to commit both mail and wire fraud;

that is, to obtain money or property through the submission of false and fraudulent UI claims, the processing and payment of which involved both the use of the mails and interstate wire transmissions. Further, the above defendants made use of the personal identifying information (PII) of multiple individuals during and in relation to their scheme to defraud and obtain money or property.

## IV.   **PROBABLE CAUSE**

15.    The investigation has revealed that the named defendants are collectively responsible for the submission of over 240 fraudulent UI claims to at least 20 states and territories. As a result of the conspiracy, the State of Michigan has paid out at least $726,482.00 and the State of California has paid out at least $1,523,202.00.

16.    Multiple UI claims have been linked together based upon the Internet Protocol (IP) address(es) from which the claims were submitted.[1] Specifically, over 90 UI claims made to the State of Michigan, and an additional 125 UI claims made to the State of California, were submitted from AT&T IP

---

[1] An Internet Protocol ("IP") address is a unique code given to a computer when connected to the Internet through an Internet Service Provider ("ISP").  An ISP assigns the IP address to an end user.  The IP address, along with the date and time, usually allows the ISP to identify the location of the end user and/or subscriber.  An IP address looks like a series of four numbers, each in the range 0–255, separated by periods (e.g., 162.227.151.63).  This notation is an example of the legacy IP version 4 ("IPv4") addressing.

address 162.227.151.63 (IP.162). AT&T records identified CHAZ SHIELDS as

the assignee of IP.162, beginning in September 2019. Furthermore, 50 email

addresses used in the submission of fraudulent UI claims were shown to have

been accessed by IP.162. AT&T records further indicated CHAZ SHIELDS self-

reported his email address to the company as being 'santanazworld@gmail.com',

an address that is linked to an additional 20 emails utilized in the facilitation of

the UI fraud scheme, as discussed below.

17.     Claims were also linked based upon other claim attributes such as

the physical address, email address, and bank account numbers, which led to the

discovery of additional IP addresses and subsequent claims.  For example, after

reviewing claims from IP.162, agents discovered connections to IP address

73.145.95.26 (IP.73), which itself had been used to submit more than 30

additional, fraudulent UI claims. Many of the fraudulent UI claims reviewed

during this investigation were accessed by both IP addresses (IP.162 and IP.73).

18.     IP.73 is not linked to a residential address.  It was established as a

public Wi-Fi "hotspot" IP address as part of services initiated by Comcast during

the pandemic. During the pandemic, Xfinity provided Wi-Fi hotspots in out-of-

home locations, free to anyone who needed them, including non-Xfinity Internet

customers. Xfinity Wi-Fi hotspots were located both indoors and outdoors in

places like shopping districts, parks, businesses, and train stations.  Despite the

inability to link IP.73 to a particular subscriber, numerous fraudulent UI claims filed by IP.73 have been linked to the defendants based on email addresses, names, phone numbers, and physical addresses submitted as part of claim applications.

19.     Multiple UI claims were filed in the defendants' names, in multiple states, including Michigan. To be eligible for UI benefits, the worker must demonstrate a certain level of earnings in several quarters immediately preceding the filing of the UI application. However, wage records provided by the SOM revealed that neither CHAZ SHIELDS nor POSEY have had any reported earnings since 2014 or 2015.  Those same records show that CORTNEY SHIELDS has never had earnings reported to the SOM.  The records also show that WITHERSPOON received wages from Chrysler Automobiles (1000 Chrysler Dr., Auburn Hills, MI 48326) from March 2018 – December 2020, though it is unclear at this time whether WITHERSPOON was entitled to receive UI benefits in her own name, considering her apparent work activity.

- **DAESHAWN TAMAR POSEY**

20.     The investigation began following a routine traffic stop of DAESHAWN TAMAR POSEY.  On November 25, 2020, a Troy Police Department (PD) officer conducted a traffic stop of POSEY in the vicinity of Somerset Mall in Troy, Michigan.  POSEY was driving a black BMW 750i, but

the license plate on the vehicle was registered to a Bentley.  Because neither

POSEY nor his passenger had a valid driver's license and the vehicle was

improperly registered, an inventory search was conducted, and the vehicle was

towed.

21.     During the traffic stop, Troy PD officers observed several shopping

bags bearing the names of high-end retailers.  Based on the officers' training and

experience (including the knowledge of the prevalence of UI fraud in the

community and the frequency with which individuals engaged in UI fraud were

using fraudulently procured debit cards for high-end purchases), Troy PD

conducted a follow-up with loss prevention personnel at Somerset Mall and

determined that POSEY had made multiple purchases at Saks Fifth Avenue using

a UI debit card.

22.     Troy PD forwarded this information to the DOL-OIG for further

investigation.  Based upon searches stemming from POSEY's name, the author

identified multiple UI claims, in multiple states for POSEY.  After conducting

further searches utilizing the IP addresses used to file the multiple POSEY UI

claims, the author discovered more than 200 UI claims originating from IP.162,

and more than 30 additional claims were identified from IP.73. For instance,

email addresses with variations of POSEY'S name and alias "Glizz," such as

daeshawn.posey23@gmail.com, breadblockglizz@icloud.com, and

warrenshawn.offtop@gmail.com, were involved in the filing of claims made using IP.73. Per 2703d Order returns from Google Inc. and Apple Inc., the aforenoted email addresses list the subscriber as POSEY and the subscriber's phone as either 616-634-9814 or 313-455-4986, which are both also identified as belonging to POSEY per law enforcement database searches. Additionally, address 15886 Dolphin St., Detroit, MI 48223 was identified as the subscriber address for two of the above emails, which is POSEY's current address per law enforcement database searches.

23.     UI data provided by SOM, detailed four UI claims submitted in POSEY's name.  One of the claims filed used POSEY's actual social security number (SSN), date of birth (DOB), known address (15886 Dolphin St., Detroit, MI 48223), and phone number (616-228-2835).  The email address (breadblockglizz@icloud.com) was also used in the filing of the claim. However, the remaining three UI claims were filed using different SSNs, not belonging to POSEY.  All four UI claims were accessed by either IP. 162 or IP. 73.

24.     Two of the fraudulently filed UI claims submitted in POSEY'S name—on May 14, 2020 for $4,880.00 (from IP.73) and May 15, 2020 for $4,880.00 (from IP.162)—were deposited into a JP Morgan Chase (JPMC) bank account ending -3242 on May 18, 2020 and May 19, 2020.  JPMC records indicated that account ending -3242 was opened by POSEY, as the account

holder, on April 13, 2020, approximately one month prior.  The account

paperwork included POSEY's SSN, DOB, and a Michigan driver's license

number which the author verified with the SOM as belonging to POSEY.

25.     Approximately one month later, on June 3, 2020, one UI benefit

claim was filed in the State of Louisiana in the name of "A.P." for $6,684.00. On

June 8, 2020, this claim was approved and subsequently deposited into the same

JPMC checking account ending -3242, owned by POSEY. The Social Security

number used to file this claim was not a valid social security number.

26.     In January 2021, the author received images from JPMC depicting

POSEY making multiple withdrawals from a JPMC ATM here in the Eastern

District of Michigan, using a JPMC debit card, attached to a JPMC account in the

name of "J.B.", and ending in -7342. The bank account was opened May 6, 2020.

The bank account received fraudulently obtained UI funds from four different

states, totaling $42,466.00.  The fraudulent UI claims deposited into the bank

account were filed using the IP.73 address mentioned above. These claims

include:

> a. On May 16, 2020, one UI claim was filed in the State of Michigan, in
>
> the name of "J.B." for $4,880.00.  On May 20, 2020, the claim was
>
> deposited into JPMC checking account ending -7342, and
>
> immediately withdrawn over the next two days.

b. On May 28, 2020, two UI benefit claims were filed in the State of Louisiana in the name of "J.B." for $5,870.00 each. On June 2, 2020, the claims were deposited into JPMC checking account ending -7342, and immediately withdrawn over the next three days.

c. On June 25, 2020, one UI claim was filed in the State of Nevada in the name of "J.B." for $9,734.00.  On June 29, 2020, the claim was deposited into JPMC checking account ending -7342.  ATM footage reviewed by the author showed the funds immediately withdrawn by POSEY over the next two days.

d. In addition, on July 9, 2020, a Small Business Administration (SBA) Economic Injury Disaster Grant (EIDG), issued to "J.B.", was deposited into the same JPMC bank account.  The SBA application was submitted using the same SSN, DOB and address used to open the "J.B." JPMC bank account.  However, the email address (breadblockglizz@icloud.com), which was used in the SBA application, was also the same one used by POSEY for his personal UI claim. The grant was for $10,000.00.  Between July 9 and July 11, 2020, the entire amount was withdrawn from the account.  JMPC-provided images show POSEY making those ATM withdrawals.

27.    In May 2021, the author received images from Bank of America depicting POSEY making a withdrawal from a Bank of America ATM in El Segundo, California using a California UI debit card, in the name of "W.C."  The California UI debit card was loaded with fraudulently obtained UI funds. The UI claim deposited onto this debit card was filed using IP.162.

28.    On August 11, 2021, the author contacted "W.C" who confirmed he did not make a UI claim in either Florida (where he resides), or Michigan, or California. "W.C." confirmed the SSN used to file the fraudulent UI claim <u>did</u> belong to him, but he was unfamiliar with the physical address and email address used in the filing of the claim and further stated that he has never lived or worked in the states of Michigan or California. "W.C." also advised he was unaware a UI claim had been filed in his name and denied providing his information to anyone for the purpose of filing a UI claim.

- **CHAZ DUANE SHIELDS**

29.    As described above, the investigation revealed that over 90 UI claims made to the SOM were submitted from IP.162. AT&T records indicated IP.162 was assigned to CHAZ SHIELDS from May 11, 2020, through November 20, 2020, at the following address: 19831 Shiawassee Drive, Detroit, Michigan 48219. According to public databases, the Shiawassee Drive address in question has been owned by various relatives of CHAZ SHIELDS, with the current owner

14

being one of the SHIELDS' brothers, and the prior owner being the girlfriend of a different brother. Additionally, the account phone number (248-495-5144) and email address (santanazworld@gmail.com) are both known to be associated with CHAZ SHIELDS. For instance, phone number 248-495-5144 was represented as CHAZ SHIELDS' phone number to a local probation officer in 2020 by CHAZ SHIELDS himself; per the probation officer, the Shiawassee address is also CHAZ SHIELDS' last known address [NB: CHAZ SHIELDS has been in absconder status from probation since June 8, 2020]. Furthermore, per Apple Inc., the phone number 248-495-5144, belonging to CHAZ SHIELDS is also seen corresponding with aforenoted phone number 616-228-2835, belonging to POSEY, via multiple iMessage and FaceTime correspondences in the month of April 2021 alone.

30.    Google records provided via a 2703d order, showed that 10 email addresses used in the filing of fraudulent UI claims, in five states, provided 248-495-5144 as the recovery phone number for the email account.  In addition, nine of those email addresses used IP. 162 in the creation of the email addresses themselves.

31.    Michigan unemployment claim records identified over 20 UI benefit claims submitted between May 14, 2020, and May 20, 2020, in the name of CHAZ SHIELDS, from IP.162, using SSNs not belonging to CHAZ SHIELDS.

32.     For example, on May 14, 2020, six fraudulent Michigan UI claims made in the name of CHAZ SHIELDS, utilizing different SSNs, were submitted totaling $29,280.00. On May 18, 2020, all six claims were approved and subsequently deposited into a Chime Financial Spending/Savings account ending -8478.  Per Stride Bank (who services Chime[2] accounts), the account ending -8478 was created using the name CHAZ SHIELDS on May 2, 2020 and accessed from IP.162.  Further, 19831 Shiawassee Dr., Detroit, MI 48219 was identified as the mailing address associated with the account, and the email address tanazland@gmail.com was also associated with the account. Per DOL records, on May 5, 2020, email tanazland@gmail.com was used to file a personal UI claim using CHAZ SHIELDS' true name, SSN, DOB, and address. The broader investigation has also shown this email to be associated with CHAZ SHIELDS.

33.     Similarly, from May 14, 2020, through May 17, 2020, three UI claims made in the name of CHAZ SHIELDS, utilizing different SSNs, were submitted totaling $15,400.00. Between May 15, 2020, and May 19, 2020, all three claims were approved and subsequently deposited into a Choice Financial

_____

[2] Chime is a financial technology company, not a bank. Chime offers banking services provided by either The Bancorp Bank or Stride Bank, N.A., members FDIC.

Group account ending -2028 (dba Current MOBILE BANKING COMPANY –

Visa card for Current account owners). Per Choice Financial Group, account

ending -2028 was created using the name CHAZ SHIELDS on May 9, 2020, was

accessed from IP.162, and 19831 Shiawassee Dr., Detroit, MI 48219 was

identified as the mailing address associated with the account.   The account

included the same phone number and email address, as the Chime bank account

mentioned in the previous paragraph.

34.    In May 2021, the author received images from Bank of America

depicting CHAZ SHIELDS making multiple withdrawals from Bank of America

ATMs, here in the Eastern District of Michigan, using multiple California UI

debit cards. None of the cards used by CHAZ SHIELDS were in his name.  The

California UI debit cards were loaded with fraudulently obtained UI funds.  The

UI claims deposited on the debit cards were filed using the IP.162 address

mentioned above. Furthermore, CHAZ SHIELDS is seen withdrawing funds

from the previously mentioned California UI debit card (*see* ¶ 27), in the name

"W.C.", from which POSEY also withdrew funds.

35.    Bank of America also provided video depicting CHAZ SHIELDS

making withdrawals from a Bank of America ATM in September 2020, in the

Eastern District of Michigan, using a California UI debit card, in the name of

"G.N." The California UI debit card was loaded with fraudulently obtained UI

funds. The UI claim deposited onto the debit card was filed using IP.162.

Furthermore, per records obtained from Gardner White, on September 20, 2020,

CHAZ SHIELDS purchased furniture using a debit card ending in -1982, in the

name of "G.N." for two separate purchases ($2,870.27 and $2,857.76), which

were shipped to 28420 West Eight Mile Road, Unit B1, Farmington, MI 48336,

an address connected to CHAZ SHIELDS per law enforcement database

searches.

36.     On August 13, 2021, investigators contacted "G.N." who confirmed

he did not make a UI claim in California. "G.N." confirmed the SSN and DOB

used to file the fraudulent UI claim <u>did</u> belong to him, but he was unfamiliar with

the physical address or email address used in the filing of the claim and further

stated has never lived or worked in the states of Michigan or California. "G.N."

also advised he was unaware a UI claim had been filed in his name and denied

providing his information to anyone for the purpose of filing a UI claim.

37.     Additionally, on two different dates August 27, 2020, and

September 19, 2020, two different individuals, *other than* CHAZ SHIELDS or

POSEY, were depicted using BOA UI debit cards, loaded with fraudulent

California UI benefits at ATMs; however, both UI claims were filed by IP. 162,

assigned to CHAZ SHIELDS.

- **CORTNEY SHAQUAN SHIELDS**

38.     CORTNEY SHIELDS is currently an inmate at FCI Allenwood in Pennsylvania.  CORTNEY SHIELDS was indicted in the Eastern District of Michigan for conspiracy to commit wire fraud, possession of 15 or more counterfeit or unauthorized access devices, possession of device-making equipment, and aggravated identity theft.  He pled guilty to all counts and was sentenced on March 20, 2019 to 60 months in BOP custody [Case No. 17-CR-20522].

39.     Despite CORTNEY SHIELDS being a federal inmate and ineligible for UI benefits, four UI claims were submitted in his name per State of Michigan unemployment data, including two from IP.162, using different SSNs, between May 9, 2020, and May 16, 2020.  Three of the four claims were approved totaling $13,945.00, which were deposited into a Michigan First Credit Union checking account -5662 in the name of CORTNEY SHIELDS on May 13, 2020, May 19, 2020, and May 20, 2020. Per Michigan First Credit Union records, checking account -5662 was opened by CORTNEY SHIELDS on March 18, 2019 (two days prior to CORTNEY SHIELDS' sentencing).

40.     In June 2020, the same Michigan First Credit Union checking account -5662 also received two unemployment insurance benefit deposits from a

fraudulent UI claim filed for CORTNEY SHIELDS in the State of Louisiana, totaling $7,991.00.

41.    Additionally, on May 15, 2020, the same Michigan First Credit Union checking account -5662 received a UI benefit deposit from a fraudulent UI claim filed in the State of Michigan for "H.G.", totaling $4,480.00.

42.    Furthermore, multiple transfers of money occurred from Chime Financial account -8478 owned by CHAZ SHIELDS into the above-mentioned Michigan First Credit Union checking account, belonging to CORTNEY SHIELDS. In May 2020, CHAZ SHIELDS' Chime bank account, which received fraudulent UI funds, made ACH transfers totaling over $8,300.00 to CORTNEY SHIELDS' Michigan First Credit Union checking account.

43.    BOP financial records also show CORTNEY SHIELDS receiving significant sums of money from the other defendants while in custody.  Between May 9, 2020, and October 7, 2020, POSEY sent him $10,000.00; CHAZ SHIELDS sent him $12,100.00; and WITHERSPOON sent him $4,280.00, all via Western Union transfers.  The Western Union transfers to CORTNEY SHIELDS took place during the same timeframe that multiple fraudulent UI claims were being deposited into bank accounts belonging to POSEY, CHAZ SHIELDS, and WITHERSPOON.

20

44.     Email correspondence received from BOP detailed multiple
discussions of interest to law enforcement, between CORTNEY SHIELDS,
CHAZ SHIELDS, WITHERSPOON, and others known and unknown.

45.     On June 12, 2020, per BOP email correspondence, CORTNEY
SHIELDS sent CHAZ SHIELDS an email checking on money he is expecting
from CHAZ SHIELDS. CORTNEY SHIELDS states he plans to move the
money to his savings account, once received from CHAZ SHIELDS.  CHAZ
SHIELDS responded on June 14, 2020, saying that he would get it done.

> **June 12, 2020 (Unknown Time)**
> **C.S.**: "let me know when you start sendin that cheese so i can be moving it
> to my savings account."

> **June 14, 2020 (Unknown Time)**
> **Chaz Shields:** "I got you bro. I love you more."

46.     On June 23, 2020, per BOP email correspondence, CORTNEY
SHIELDS (C.S.) exchanged messages with unknown individual "K.C.," about
getting their Cash App accounts unlocked, with CORNTEY SHIELDS remarking
that his contained around $4,000.00.

> **June 23, 2020 (8:21 AM)**
> **K.C.:** "…oh yeah did yo ppl ever get they $app unlocked? My lil sis sayin
> her shit still locked I need tht money from tht bitch man!"

> **June 23, 2020 (12:14 PM)**
> **C.S.:** yeah they shit still locked smh. How much money you got stuck on
> there? I got like 4k stuck on my shit smh..."

47.     On June 24, 2020, per BOP email correspondence, CORTNEY

SHIELDS asked WITHERSPOON (B.W.) if she was able to get her Cash App

account unlocked.  WITHERSPOON responds by saying the money on her

account was removed and she cannot use it.

**June 24, 2020 (9:06 AM)**
**C.S.:** "bf you been working on tryna get you shit unlocked?? People been
getting they shit unlocked.

**June 24, 2020 (12:06 PM)**
**B.W.:** "Yeah they unlocked my shit ALRIGHT! They took everything off
my shit including the money I had on there from doin lashes…I wonder if I
can send a screen shot? Or that's too much but na if I get money from lashes
it will go on there but my card don't work so I can only cash other ppl"

48.     In July 2020, per BOP email correspondence, CORTNEY SHIELDS

again exchanged messages with K.C., remarking that he got a "good part" of

what is "going on", and again making reference to his Cash App account:

**July 23, 2020 (Unknown Time)**
**C.S.: "**wassup boo? This ching, let larry know im out the hole when you talk
to him. Did request ever get accepted??"

**July 24, 2020 (Unknown Time)**
**K.C.:** "Larry said he just got your letter"

**July 24, 2020 (Unknown Time)**
**C.S.:** "okay ask him how do I send him money?? Whats the app called
again?"

**July 24, 2020 (Unknown Time)**
**K.C.:** "Mines called cash app lol"

**July 25, 2020 (Unknown Time)**
**C.S.**: "lol, dammmmm yo cash app still working??? Oh you aint catch that wave that's goin on out there or something."

**July 25, 2020 (1:51 AM)**
**K.C.**: "Lol hell naw my cash app good this way So sound like yo people fuck the city up on that one. He said he ain't make nothing happen for u because je been on lockdown…he said check into that ASAP also let you know Brittany still ain't on his jaypay he said get on her head for him as well n he said he mad at you but he love you in keep that (takedown aka 40 dollars) shit low key until we finish the investigation. N yeah they accept the friend request to"

**July 25, 2020 (12:17 PM)**
**C.S.**: "that nigga crazy lamoo tell hium okay he know all his shit go to the grave with me. tell him just make sure it keep that cocaine shit on the low-low tell he finish with that investigation…but yeah they had they way with that shit lol shit I even got a good part of that shit. that's what you gotta know…"

49.    On August 1, 2020, per BOP email correspondence, an individual known to law enforcement, S.K., emailed CORTNEY SHIELDS requesting assistance retrieving info to file UI claims again.  In a previous email sent in June 2020, S.K. admitted he/she was filing UI claims with the help of others. CORTNEY SHIELDS responds by saying his brother could help, if he/she was trying to do "it" again. CORTNEY SHIELDS would have his brother send him/her some names and numbers.  On August 3, 2020, CORTNEY SHIELDS told S.K. to reach out to his brother, and he will send S.K. some names. CORTNEY SHIELDS also requested to receive some of the money when it arrives.

23

**August 1, 2020 (8:20 PM)**
**C.S.**: "yeah I know what you taking bout. Ummm if you need a few of them kirsties just tell my brother you need a few. You tryna do that one shit again?? If so its another way around it I believe you can just make up like random numbers. Try one with jsut making up anytinh name and all and if it don't work let me know ill have my brother send you some."

**August 2, 2020 (1:06 PM)**
**S.K.**: "I'm trying to see if the one I did make up worked I gotta wait till Monday or Tuesday but the one I didn't make up worked so that's why I just need so real ones"

**August 2, 2020 (7:15 PM)**
**C.S.**: "I just told mt brother you bout to hit him up. Call or text him and he should give you some. Maske sure I get some of that shit when that pape touch and dont have nobody in yo business delete that shit when you done with it."

**August 2, 2020 (7:34 PM)**
**C.S.**: "how many do you need?"

**August 2, 2020 (9:51 PM)**
**S.K.**: "It don't even matter as many as he can send lol..but fr like 4. Im running outa places to send it"

**August 3, 2020 (8:05 AM)**
**C.S.**: "2484955144"

**August 3, 2020 (8:20 AM)**
**C.S.**: "screen shot this message to my brother. Aye bro can you send her like a 10pack real quick to see how that go. She should be straight with that cause she aint even got that many addies any ways to send em. Thanks bro love you."

50.    During the same time frame, on August 2, 2020, per BOP email correspondence, CORTNEY SHIELDS emailed CHAZ SHIELDS requesting he send S.K. "pfiles." CORTNEY SHIELDS stated S.K. had received info from

S.K.'s brother previously but needed some more. CORTNEY SHIELDS also

stated to CHAZ SHIELDS that he expected to receive some of the profits. From

the context of the emails and my training and experience, I believe "pfiles" to be

referencing PII, used in the filing of the fraudulent UI claims.

**August 2, 2020 (7:14 PM)**
**C.S.:** "brody? Can you send some pfiles to [S.K.]. Her brother let her do
some but he aint have that many and stop lookin out for her. he gave her like
3. And that it she made some shit off it when it first started but none since.
Ima make her give me something off that shit. She bout to text you."

**August 3, 2020 (Time Unknown)**
**Chaz Shields**: "Ok"

**August 3, 2020 (Time Unknown)**
**CS**: "a 10pac for her atleast"

51.    On August 14, 2020, per BOP email correspondence, CORTNEY

SHIELDS asked WITHERSPOON to open a joint account for him. He wanted

an account he could use to transfer the money from his BOP account, and the

cash he stated his brother, CHAZ SHIELDS, was holding for him.

**August 13, 2020 (10:21 AM)**
**C.S.:** "…send me $1,500 bf."

**August 13, 2020 (2:06 PM)**
**B.W.:** "I sent it"

**August 14, 2020 (8:19 PM)**
**C.S.:** "…im tryna share a separate account with you and have you put some
crazy shit up for me cause i got like a quarter on my in here that i don't want
on me and my borther got like 40 for me that I don't want him holdin too
ling cause the sooner i get that from him he gone make another 40 for me lol

and he gt the sell for my grey charger for like 23k so i need yo to be I nhold of all of that for me but i still wanna be able to access to it when i come home not having you do nothing for me and just to have myself covered if anything go wrong. you feel me or naw??"

**August 15, 2020 (5:21 AM)**
**B.W.**: "Oh yeah, yeah I feel u 100% ima get it done asap."

**August 15, 2020 (7:49 AM)**
**C.W.**: "say that then. Plus its some extra shit I want you to do that help both of us build our credit…so when I ask you to get on something for me, NIKE!!! Just do it! lol naw fr doe, i got some shit i learned that you can do to..."

52.   On August 29, 2020, per BOP email correspondence, CORTNEY SHIELDS asked A.B., another individual known to law enforcement, if he/she was making money, referencing UI claims.  A.B. stated they had, but not enough, and stated they were trying to learn the ins and outs.  On August 30, 2020, CORTNEY SHIELDS stated A.B. needed to go to California, get an Airbnb and use "pfiles" from that state.  He also stated he would reach out to someone and have them provide A.B. with some files.

**August 29, 2020 (5:35 PM)**
**C.S.**: "…you be fuckin with that wave??"

**August 29, 2020 (7:51 PM)**
**A.B.**: "Yah I have been, I got something off it. Not enough! I'm trying to learn the whole in and outs."

**August 30, 2020 (9:20 AM)**
**C.S.**: "you gotta go outta town to do that shit. hit cali, get you a air bnb. And the pfiles gotta be from the state you at. get them sent to the bnb"

**August 30, 2020 (1:21 PM)**
**A.B.**: "Yeah that make sense"

**August 30, 2020 (3:20 PM)**
**C.S.**: "fuck make sense that's the sause. Get on it asap rocky!!"

**August 30, 2020 (5:36 PM)**
**A.B.**: "I don't have any files"

**August 30, 2020 (6:19 PM)**
**C.S.**: "okay, ummm ima help you get some. When you gone go out there???
Dm this page…and be like yo brother ching said text him. And give him my
new number. Ima have him give you some. Like at least 15 of them. You
gotta get on it asap cause I heard that shit is on its last leg"

**August 30, 2020 (9:06 PM)**
**A.B.**: "Tell him to txt you? And I'll go this week Thursday"

**August 30, 2020 (9:34 PM)**
**C.S.**: "yeah tell him to text me mtf. Im bout to have him send you
something. ima just tell him yo ubussin doen the middle with me. he gone do
whatever I tell him, especially if its to make me some pape."

53.    On November 24, 2020, per BOP email correspondence, CORTNEY

SHIELDS sent an email letting the recipient know that WITHERSPOON had

$11,000.00 for him and his brother had access to all his bank accounts.  In

addition, if he needed to send money, he had enough in his BOP account.

**November 24, 2020 (1:04 PM)**
**C.S.**: "…i would have britt give it to you cause she got like atleast 11racks
of mine or my brother got access to all my shit but i dont want them in my
business thhinkin im trickin so what i can do is send you some money off
my account. but this the thing it comes in the form of a check and it take like
a week to leave my account and how ever the mail takes to get there. How
much you need?..."

27

- **BRITTANY LEVETT WITHERSPOON**

54.     Michigan UI claim records identified five fraudulent UI benefit claims submitted between May 15, 2020, and May 19, 2020 in the name of WITHERSPOON.  All five UI claims were submitted from IP.162, using different SSNs, none belonging to WITHERSPOON. On May 18, 2020, and May 19, 2020, two fraudulent UI claims were approved and subsequently deposited into a Sutton Bank account ending -7620. Per Sutton Bank records, the account ending -7620 was created in the name of WITHERSPOON on March 14, 2020, using WITHERSPOON's true SSN and DOB.

55.     Additionally, Michigan unemployment claim records identified one fraudulent UI benefit claim that was submitted on May 14, 2020, in the name of "Shawn Shields" from IP.162, which was approved for $4,880.00 and disbursed on May 18, 2020 to Sutton Bank account ending -7620, owned by WITHERSPOON. Per BOP email records, CORTNEY SHIELDS is often referred to as "Shawn."  BOP records further showed that WITHERSPOON made seven Western Union payments to CORTNEY SHIELDS' BOP account, between May 18, 2020, and May 19, 2020, totaling $2,000.00. The transaction history for Sutton Bank account ending in -7620 shows that from May 15, 2020, through May 18, 2020, multiple ATM withdrawals took place, with these

withdrawals occurring one-to-three days prior to the Western Union transfers into

CORTNEY SHIELDS' BOP account.

56.     On June 15, 2020, per BOP email correspondence, CORTNEY

SHIELDS and WITHERSPOON discussed her receiving UI benefits and

purchasing a new Rolex. WITHERSPOON stated that everyone was receiving UI

benefits and using the money to buy expensive jewelry.

**June 15, 2020 (1:51 PM)**
**B.W.**: "…unemployment Turnt these finished mfs up they out here literally acting like they never had money before EVERYBODY gotta Rolex now…"

**June 15, 2020 (2:21 PM)**
**C.S.**: "…im sick you even gotta piece of that unenploy mone'Ty lol"

**June 15, 2020 (9:21 PM)**
**B.W.**: "…Baby listen everybody was nigga jaypooh got a Rolex I damn near wanna come bust now I have having the same shit everybody else got"

## V.    LINKS TO VEHICLE PURCHASES/LEASES

57.     As summarized below, this investigation has also linked funds

obtained through fraudulent UI claims to the leasing or purchasing of various

luxury vehicles from one or more auto dealers and has shown that POSEY and

CHAZ SHIELDS are purporting to operate a business together using one or more

of these vehicles.

58.     Vainglorious Transports, LLC was registered with the State of

Michigan on September 8, 2020, by CHAZ SHIELDS.  In addition, POSEY is

listed as a member of the board, and his address, 15886 Dolphin St., Detroit, MI

as the address of the registered office.  Vainglorious Transports, LLC purports to

provide luxury vehicles for chauffeur services in the metro Detroit area.

59.     On June 16, 2020, per BOP email correspondence, CORTNEY

SHIELDS mentioned his brother's car, a pearl Bentley.  He also offers to have

his brother provide the email recipient with something to put him "in the game".

**June 16, 2020 (1:15 PM)**
C.S.: "bro said he slid down the block and seen you workin on a car lol let
me find out i gotta send you a loan out there or something. he was in pearl
bently. i told him to put you in the game with some shit. wats been up with
you though brody?..."

60.     Michigan Department of State records reviewed by the author,

detailed the purchase of a 2014 Bentley by POSEY, on June 8, 2020.  The car

was purchased with cash for $76,820.00.  The Bentley is covered by Progressive

insurance, and CHAZ SHIELDS was the insurance account holder. As stated

above, it appears that CHAZ SHIELDS has insufficient legitimate income to

support the purchase of such a vehicle. In addition, the author has reviewed

multiple ATM photos showing CHAZ SHIELDS making withdrawals using

Bank of America UI debit cards at ATMs throughout the Detroit metro area.

61.     Records obtained from the State of Michigan showed that a silver

2016 Mercedes-Benz Sprinter van was purchased from an auto dealer known to

your affiant by Vainglorious Transports and POSEY on September 9, 2020, for

$85,112.00. The Michigan Department of State Application for Title and Registration Statement of Vehicle Sale showed that the vehicle was insured by Progressive Insurance policy number 938561495, owned by CHAZ SHIELDS, and is the same policy that insures the Bentley mentioned above.

62.    State of Michigan records also showed that a 2017 Mercedes Benz was purchased in cash by POSEY on November 18, 2020, for $74,441.70.

63.    Bank account records revealed that CHAZ SHIELDS, POSEY, and CORTNEY SHIELDS have made several electronic payments to one or more auto dealers using bank accounts or debit cards funded by unemployment insurance payments.  For example, more than $27,000.00 was paid using a Michigan First Credit Union debit card issued to CORTNEY SHIELDS, while he was in custody.  Therefore, I believe that these funds were derived from the unemployment fraud scheme described above, and were used to purchase high-end vehicles used for their purported chauffeur business.

## VI.    CONCLUSION

64.    Based on the forgoing, there is probable cause to believe that DAESHAWN TAMAR POSEY, CHAZ DUANE SHIELDS, CORTNEY SHAQUAN SHIELDS, and BRITTANY LEVETT WITHERSPOON have committed multiple federal crimes, to include mail fraud (18 U.S.C. § 1341), wire fraud (18 U.S.C. § 1343), aggravated identity theft (18 U.S.C. § 1028A),

AUSA    Ryan Particka                          Telephone:  (313) 348-8178
AO 91 (Rev. ...)    Criminal Complaint    Special Agent    Shanika Sanders    Telephone:  (313) 226-2573

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America

v.

**DAESHAWN TAMAR POSEY (D-1),**
**CHAZ DUANE SHIELDS (D-2),**            Case No.
**CORTNEY SHAQUAN SHIELDS (D-3), and**
**BRITTANY LEVETT WITHERSPOON (D-4),**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 2020 - present _____ in the county of __Oakland and elsewhere__ in the
____Eastern____ District of ____Michigan____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1341 | Mail Fraud |
| 18 U.S.C. § 1343 | Wire Fraud |
| 18 U.S.C. § 1028A | Aggravated Identity Theft |
| 18 U.S.C. § 1349 | Conspiracy to commit fraud |

This criminal complaint is based on these facts:

See attached.

☑ Continued on the attached sheet.

_____
Complainant's signature

Shanika Sanders, Special Agent
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date:  _8/26/2021_____

_____
Judge's signature

City and state:  _Detroit, MI_____

Kimberly G. Altman, U.S. Magistrate Judge
Printed name and title

and conspiracy to commit those crimes (18 U.S.C. § 1349). These violations stem from an ongoing scheme to defraud federal and state unemployment insurance programs and to obtain unemployment benefits by means of false and fraudulent pretenses and representations.  This scheme involved both the wire transmission of signs and signals in interstate commerce and the use of the mails, and the PII of numerous individuals was used during and in relation to the scheme.

Respectfully submitted,

Special Agent Shanika Sanders
Department of Labor-
Office of Inspector General

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Date:  August 26, 2021

HONORABLE KIMBERLY G. ALTMAN
United States Magistrate Judge

32